UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARGARET WINCHESTER,

    Plaintiff,

-vs-                                                  Case No. 5:10-cv-262-Oc-18TBS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation. The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the parties, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED and ADOPTED**. The decision of the Commissioner is **AFFIRMED**. Clerk of the Court is directed to issue a judgment consisted with this Order and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___3d___ day of January, 2012.

                                                      G. KENDALL SHARP
                                                    Senior United States District Judge

Copies to:

Counsel of Record